UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | * |
| Plaintiff | * |
| v. | *   Civ. No. 97-1027 (PG) |
| ONE URBAN LOT, LOCATED AT RH1-3, PARKVILLE COURT, ET AL., | * |
| Defendants | * |

## ORDER TO SHOW CAUSE

On April 15, 1997, the United States and claimant, Mario Mirabal, as President of European Motorsports d/b/a Team Motorsports, entered a stipulation for consent judgment in which the government will return to the claimant a 1997 Porsche to be sold to a third party and out of the proceeds of the sale the claimant would tender a check for $62,000 to the United States of America. The Court approved said stipulation on May 7, 1997.

Subsequently, on August 3, 1998, the Court found that claimant, Mario Mirabal had not complied with the terms and condition of the stipulation, which required him to pay the United States the $62,000 upon the sale of the Porsche. At that time the claimant was ordered to comply with the stipulation within fifteen days by depositing the sum of $62,000 with the Clerk's Office.

As of September 16, 1998, claimant Mario Mirabal had not complied with the Court's order of depositing the $62,000 with the

AO 72A
(Rev.8/82)

Civ. No. 97-1027(PG) 2.

Clerk of the Court. As such, the government filed a motion requesting that the Court enter an order to show cause requiring claimant Mario Mirabal to show cause why he should not be held in contempt of Court for no complying with the stipulation and orders of the Court.

WHEREFORE, the Court **ORDERS** claimant Mario Mirabal to show cause on **October 22, 1999, at 9:00 A.M.** why he should not be held in contempt for not complying with the Courts' orders.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, October 5, 1999.

JUAN M. PEREZ-GIMENEZ
U. S. District Judge

AO 72A
(Rev.8/82)