# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF RE-SETTING**                     Date:  October 26, 1999

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| Plaintiff | |
| v. | Civil 97-1027 (PG) |
| ONE URBAN LOT, etc. | |
| Defendant | |

By Order of the Court the order to show cause hearing issued as to claimant Mario Mirabal, which was set for October 22, 1999, is hereby scheduled for **Thursday, November 4, 1999 at 3:00 P.M.**  This proceeding will be held before Hon. Juan M. Pérez-Giménez.

_____
Lida Isis Egelé
Courtroom Deputy

s/c:   AUSA Javier Santos    (Notified by phone: personally)
       Osvaldo Carlo         (Telephones 721-0010 and 759-6331 no answer)


