# UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA** * | |
| * | |
| Plaintiffs * | |
| * | |
| vs. * | Civil 97-1027(PG) |
| * | |
| **ONE URBAN LOT, LOCATED AT** * | |
| **RH1-3, PARKVILLE COURT, ET AL** * | |
| * | |
| Defendants * | |

## ORDER TO SHOW CAUSE

On October 6, 1999, an order was issued for claimant, Mario Mirabal, to show cause why he should not be held in contempt for not complying with the Court's orders. The order to show cause hearing was scheduled for October 22, 1999, but it could not be held in view of the passage of Hurricane José.

Claimant Mario Mirabal is hereby ordered to appear on **Wednesday, November 17, 1999, at 1:30 P.M.** and answer to the order to show cause issued on October 6, 1999.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 9th day of November 1999.

JUAN M. PÉREZ-GIMENEZ
U. S. District Judge

AO 72A
(Rev. 8/82)