# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
00 MAR 23 AM 10:28
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**UNITED STATES OF AMERICA,**

    **Plaintiffs,**

    v.

**Civil No. 97-1027 (PG)**

**ONE URBAN LOT LOCATED AT RH1-3, PARKVILLE COURT, ET AL,**

    **Defendants.**

## ORDER TO SHOW CAUSE

On October 6, 1999, an Order was issued for claimant, Mario Mirabal, to show cause why he should not be held in contempt for not complying with the Court's orders. The order to show cause hearing was initially scheduled for October 22, 1999, but it could not be held in view of the passage of Hurricane José. The hearing was then rescheduled for November 17, 1999 but could not be held in view of the passage of Hurricane Lenny.

Claimant Mario Mirabal is hereby ordered to appear on _May 2, 2000 at 5:00pm_ and answer to the order to show cause issued on October 6, 1999.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, this 21 day of ~~January~~ March 2000.

JUAN M. PEREZ GIMENEZ
U.S. District Judge

