# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF RE-SETTING**                           Date:  May 1, 2000

UNITED STATES OF AMERICA         *
                                 *
     Plaintiff                   *
                                 *
     v.                          *          **Civil 97-1027 (PG)**
                                 *
ONE URBAN LOT, etc.              *
                                 *
     Defendant                   *
                                 *
                                 *
---------------------------------------------*


By Order of the Court the order to show cause hearing issued as to claimant Mario

Mirabal, which was set for tomorrow, May 2, 2000, is hereby reset for **Wednesday, May**

**3, 2000 at 8:45 A.M.**   This proceeding will be held before Hon. Juan M. Pérez-Giménez.


                                   _____
                                   Lida Isis Egelé
                                   Courtroom Deputy


s/c:    AUSA Javier Santos    (Notified by phone: personally)
        Osvaldo Carlo              "        "      "        "

