UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>       Plaintiff,<br><br>              v.<br><br>ONE URBAN LOT LOCATED AT RH-1-3,<br>ET AL.,<br>       Defendants. | CIVIL NO. 97-1027 (PG) |

### JUDGMENT

The Court having entered an order approving the parties' "Stipulation For Satisfaction Of (Consent) Judgment" (Docket No. 70), as to claimant Mario Mirabal, it is hereby

**ORDERED and ADJUDGED** that said stipulation be and is hereby binding between the parties. FURTHER, it is

**ORDERED and ADJUDGED** that said stipulation be and is hereby made part of this judgment and though set forth *in extenso*. FURTHER, it is

**ORDERED and ADJUDGED** that the case is hereby **DISMISSED** as to claimant Mario Mirabal.

**IT IS SO ORDERED.**

San Juan, Puerto Rico ____May____ _9_, 2000.

                                        _____
                                        JUAN M. PEREZ-GIMENEZ
                                        U.S. District Judge

AO 72A
(Rev. 8/82)