IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,

    Plaintiffs,

    v.

L) Isuzu Truck, white, license plate H-4826, VIN # ALC4B1KX57015207, Automatic Transmission, with a 3.9 Diesel Engine, named "La Energética", customized with giant speaker system and professional audio system; equipped with two power plants;

a) Honda Diesel Generator, serial # ECD-1002502;

b) Honda Diesel Generator, serial #ECD-1003643.

    Defendants.

Civil No. 97-1027 (PG)

## CONSENT DECREE OF FORFEITURE

The parties have filed a Joint Stipulation for Consent Judgment and for Consent Decree, whereby, claimant, Partido Popular Democrático, has agreed to the forfeiture of Defendant Property L, an Isuzu Truck outfitted with sound equipment, known as "La Energética", and more fully described as:

> Isuzu Truck, white, license plate H-4826, VIN # ALC4B1KX57015207, Automatic Transmission, with a 3.9 Diesel Engine, named "La Energética", customized with giant speaker system and professional audio system; equipped with two power plants;
>
> a) Honda Diesel Generator, serial # ECD-1002502;
>
> b) Honda Diesel Generator, serial #ECD-1003643.

The Court, having reviewed all the terms and conditions of the proposed stipulation, hereby approves it in its entirety. It is further hereby:

ORDERED, ADJUDGED, AND DECREED that defendant property L, described as:

> Isuzu Truck, white, license plate H-4826, VIN # ALC4B1KX57015207, Automatic Transmission, with a 3.9 Diesel Engine, named "La Energética", customized with giant speaker system and professional audio system; equipped with two power plants;
>
> a) Honda Diesel Generator, serial # ECD-1002502;
>
> b) Honda Diesel Generator, serial #ECD-1003643.

be forfeited to the United States and no right, title, or interest to this property shall exist in any other party. Defendant property L shall be disposed of according to law by the United States Marshal Service.

SO ORDERED.

In San Juan, Puerto Rico, this ___20th___ day of June, 2001.

                                                    _____
                                                  JUAN M. PEREZ GIMENEZ
                                                  United States District Judge