IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA <br>     Plaintiff <br><br>     v <br><br> ONE URBAN LOT LOCATED AT RH-1-3 <br> PARKVILLE COURT, ET AL <br>     Defendants | Court No. 97-CV-1027(PG) |

## NOTICE TO THE COURT

TO THE HONORABLE COURT:

    Plaintiff through the undersigned attorney hereby informs the Court that the Stipulation for Satisfaction of (Consent) Judgment entered and filed on May 4, 2000, has been satisfied by Mr. Mario Mirabal.

    In San Juan, Puerto Rico this ____ day of _____, 2003.

                                       H.S. GARCIA
                                       United States Attorney

                                       S/_____
                                       REBECCA VARGAS VERA-203307
                                       Assistant U.S. Attorney
                                       350 Carlos Chardon Street
                                       Torre Chardon Bldg, Rm 1201
                                       Hato Rey, Puerto Rico 00918
                                       Tel. (787)766-5656

    SATISFACTION OF CONSENT JUDGMENT IS HEREBY ENTERED.

    San Juan, Puerto Rico, this ___ day of _____, 2004.

                                       FRANCES RIOS DE MORAN
                                       CLERK OF THE COURT
                                       UNITED STATES DISTRICT
                                       COURT FOR THE DISTRICT OF
                                       PUERTO RICO

                                       By:_____
                                            DEPUTY CLERK